Name : Tony Nguyen

9902 PO BOX Nellis Air Force Base , NV 89191

Phone 18883988873
Fax number
Email   airforcelawcenter.org@gmail.com

RECEIVED

2020 OCT 13  A 11: 03

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## US DISTRICT COURT
## ALABAMA MIDDLE DISTRICT COURT

| | |
|---|---|
| Tony Nguyen and on behalf interests of his Fellow Disabled Veterans <br><br> Plaintiff <br><br> vs. <br><br> CIVIL AIR PATROL <br><br> Does 1-10 <br><br> Defendants. | Case   2:20-cv-00824-MHT-KFP <br><br> **Request For  JURY TRIAL .** <br> **Most Remedies  will be donated to American Disabled Veterans-US Department of VA .** |

This is an action for an award of damages, declaratory and injunctive relief, attorneys' fees and other relief on behalf of Plaintiff, Tony Nguyen ("Plaintiff"), a Volunteering  employee of Defendant, Civil Air Patrol , **who has been harmed by the Defendant's discriminatory employment practices.**
This action arises under Title VII of the Civil Rights Act of 1964, 42 U.S.C.

1

§2000(e), etseq., as amended by the Civil Rights Act of 1991, at 42 U.S.C. §1981(a) ("Title VII"), the Americans with Disabilities Act, 42 U.S.C. §12101, etseq. ("ADA"),and pther Employment applicable acts .

PLAINTIFF TONY NGUYEN   COMPLAINTS AND ALLEGES AS FOLLOWS :

## COMPLAINT AND JURY DEMAND

## FACT COMMON TO ALL CAUSES OF ACTION

1. Plaintiff Tony Nguyen(aka I ) , Harvard Post Doc-JD-LLM,M.Eng,M.Arch,MBA studied at Universities included HARVARD  with  many  honor scholarships from over 08 Degrees from Bachelors to Doctorate .Tony Nguyen **is US Serious Disabled Veteran , a current of Citizen of State of NEVADA . He studied at Universities with many honor scholarships included at HARVARD University . Currently Nguyen is a General Manager of a Military Justice Organization to support Investigations and Legal-Educations Service for US Military Community as well as US Government.** He was qualified and licensed to practice LEGAL INVESTIGATIONS  before US Military , Federal and State Courts .His expertise are National Security , Technology Patent Infringement and Criminal Investigations .He is Recipient of " US PRESIDENT LIFE TIME ACHIVEMENT AWARD ".He is  also the head of the VAJF (a recognized non-profit organization under sec. 501(c)(3) of the Internal Revenue Code) which has providing invaluable legal service and training ,advocate for the US Military Veterans and the  poor for a token fee and DEAN of an Education Institution . And he is also the President of the Harvard Alumni of US Air Force as an honor Harvard Alumnus.He  honorably served for the Country in US Air Force  and still have been serving US Federal Government and Military in many ways.He is also a Senior Advisor for US Department of Defense in Legal-Cyber Laws- Technology-Culture and Education .

As a Disabled USAF Veteran-Member  , he served in **Civil Air Patrol -US Air Force as a part of his Military Duty and obligations to give back for the Country** as a Senior Officer in Legal , Information Technology and Aerospace.
**Civil Air Patrol is located at Maxell Air Force Base belonged this jurisdition as a part of US Air Force and a Congress Charter Organization . The USAF members can have credits from serving to CAP as a part of retirement credit programs.**
This action arises under Title VII of the Civil Rights Act of 1964, 42 U.S.C.
§2000(e), etseq., as amended by the Civil Rights Act of 1991, at 42 U.S.C. §1981(a)
("Title VII"), the Americans with Disabilities Act, 42 U.S.C. §12101, etseq. ("ADA")and other
applicable Federal Acts to protect Disabled  Veterans and their rights of Employments.
After I filed Complaint to EEOC , EEOC issued me the RIGHT OF SUING on 07/11/2020 and before .

**02. Allegation 1 :**

I ALLEGE THAT I EXPERIENCED Harassment ON OR BEFORE June 06 2020  BECAUSE OF MY ACTUAL OR PERCEIVED Age (40 and over); Ancestry; Disability (physical or mental); Race; Military and veteran status; National origin (includes language restrictions)

AS A RESULT, I WAS SUBJECTED TO Harassment PARTICULARS From November 16, 2017- January 2018, I was harassed by Alan Ferguson, Supervisor, Craig Newton, Assistant Supervisor and Gregory Jurek, Sr. Officer and other Staffs which is discrimination on the basis of age, ancestry (Vietnam), disability, military and veteran status, national origin (Vietnam) and race (Asian). The harassment was verbal in nature and occurred on weekly basis. Examples include, but not limited to, Alan Ferguson, Craig Newton and Gregory Jurek would tell me I don't qualify to apply for higher level of positions of CAP because I got Vietnamese accent, I am over 40 years, had military disability and I requested reasonable accommodation due to my disability. Craig Newton would call me "Vietnamese Fu**ing " and would say my accent cannot show my educations and I should not wear name tag on my CAP uniform.

Gregory Jurek would say I had Vietnamese accent and I cannot understand, he would translate for me and would say I don't have any Medical disability, my restrictions do not need to be accommodated. I complained about harassment to US Department of Justice, Civil Rights Division. To my knowledge, the investigation on pending , and harassment continued. The harassment created a hostile work environment.

**03. Allegation 2**

I ALLEGE THAT I EXPERIENCED Discrimination ON OR BEFORE June 15 2020  BECAUSE OF MY ACTUAL OR PERCEIVED Disability (physical or mental) AS A RESULT, I WAS SUBJECTED TO Denied reasonable accommodation for a disability PARTICULARS In or around June 2017 and onward, I requested from my employer a reasonable accommodation of no lifting heavy items, no sitting or standing for a long time at one position, no heavy-duty job and of hearing support. My employer did not engage in good faith interactive process and did not accommodate my restrictions. I was required to complete tasks which violated my restrictions therefore I believe I was denied a good faith interactive process and reasonable accommodation due to my disability.

**04. Allegation 3 :**

I ALLEGE THAT I EXPERIENCED Discrimination ON OR BEFORE June 15  2020  BECAUSE OF MY ACTUAL OR PERCEIVED Age (40 and over); Ancestry; Disability (physical or mental); Race; Military and veteran status;
National origin (includes language restrictions) AS A RESULT, I WAS SUBJECTED TO change Status of Volunteering Employments  On or around January 10, 2018, Alan Ferguson, Supervisor alleged me stating that I was disqualified for promotions to higher Senior Positions at CAP . Prior to being told about my Voluneering Employment Status , on numerous occasions, age, ancestry, disability, military and veteran status, national origin and race related discriminatory comments were made stating I had Vietnamese accent, I am over 40 years, had military disability. Therefore, I believe, I was change Status of Voluneteering Employment  due to my age (over 40), ancestry (Vietnam), disability, military and veteran status, national origin (Vietnam) and race (Asian).

**05.Allegation 4 :**

I ALLEGE THAT I EXPERIENCED Retaliation ON OR BEFORE June 15 2020 BECAUSE OF MY ACTUAL OR PERCEIVED Requested or used a disability-related accommodation AS A RESULT, I WAS SUBJECTED TO change to my Voluneteering Employment with CAP particular On or around January 10, 2018, I was retaliated by Alan Ferguson, Supervisor stating that I was disqualified to be promoted higher Position . Prior to being told about my chance of Status of Volunteering Employment , on numerous occasions, I requested disability related accommodation and employer was aware of my disability. Also prior to my chance of Status of Employment , discriminatory comments were made stating I requested reasonable accommodation due to my disability. Therefore, I believe, I was in retaliation for requesting disability related accommodation.

**06.**On 06/15/2020 while in Nellis AFB ,Nevada , I sent message and called them(CAP) to resinstate me as the promotion of My Selected Positions as an O5 on CAP-USAF , they also ignore and prevent me to join against My orginal position works at CAP/USAF from Racial and Military Discrimination. They told me : " You are
disqualified from We cannot believe with your VN accent and Disabilities, you can have a unique HARVARD education like that .Your complaints to USDOJ -EEOC made us embarrassed .Go ahead to sue us " and hand it up. (My email to them: 06/15/2020: All: Please see again Tony Nguyen Application to have new Position at CAP_USAF -AEM and Please reinstate him again to his selected position in IT, AEM, IG team as an O5 of CAP-USAF as EEOC and USAF advice. Please send the denial or approval before we can process Federal Lawsuit against Civil Air Patrol on many kinds of Discriminations.)

**07.**On 11/2017, I was failed to accommodate ( I always wear medical support devices and other accommodations from Military Serious Injuries ) and other Military Disabilities as resulting from injuries - for my Military Law Works and CAP " from REASONS that they ( Alan Ferguson-Newton) forced me to remove my accommodations to wear "USAF -CAP Uniform" with CUMMERBUND. It let me hurt and I was yelled :" Why you did not wear CUMMERBUND in USAF-CAP meetings?" and they ignored my disabilities explanation accommodations and forced me wear it and said in the Groups of 200 CAP_USAF members that : There was an ASIAN here ( only me ) do not know to wear CAP Uniform" and he should not wear his name tag because disqualified and cannot be PROMOTED TO O6 Level of CAP leadership. I complained failed accommodations and Racial Discrimination and they sent letter to change Status of Volunteering Employment on 01/2018 like my complaints.

**08.**I believe I have been discriminated against because of my race, Asian, my national origin, Vietnamese, in violation of Title VII of the Civil Rights Act of 1964, as amended. I believe I have been discriminated against because of my age, year of birth (over 40 year old) in violation of the Age Discrimination in Employment Act of 1967, as amended. I believe I have been discriminated against because of my disability, record of a disability, and/or perceived as disabled, in violation of the Americans with Disabilities Act of 1990, as amended. I believe I have been retaliated against for engaging in a protected activity, in violation of the aforementioned statutes.

As the result of defendants 's wrongful actions, Plaintiff Tony Nguyen has been suffering a great deal

of harms including severe emotional distress, bouts of headaches, serious financial damages, missed out governments promotions, businesses and education etc.

**09**. Plaintiff does not know the true name and capacities of the defendant sued herein as Does 1 through 10, inclusive , and therefore sues these defendants by fictitious names. Plaintiff shall amend this complaint to allege their true names and capacities when ascertain . Plaintiff is informed and believe that Does 1 through 10 are responsible in some manners for the matters alleges in this complaint.

**10.** Finally, Damages as a result of the torts of above defendants were as follows:

As a result of Defendants' s Discriminations, Harassments and Violations to ADA acts , retaliations , and other Torts , Plaintiff has a lot damages in health, reputation , business, family, government works and opportunities etc.

## COUNT 01 :

### (ADA- Disability Discrimination, Failure to Accommodate)

Plaintiff NGUYEN incorporates by reference above paragraphs of his
Complaint as though fully set forth herein.

**11.** The actions of the Defendant, through its agents, servants and employees, in discriminating against Plaintiff NGUYEN on the basis of his actual and/or perceived disabilities and/or record of impairment, and failing to provide reasonable accommodation for his disability, constituted violations of the ADA.

**12.** As a direct result of the aforesaid unlawful discriminatory employment practices engaged in by the Defendant in violation of the ADA, Plaintiff NGUYEN sustained permanent and irreparable harm, resulting in his changing status from employment, which caused his to sustain a loss of earnings, plus the value of certain benefits, plus loss of future earning power, plus back pay, and front pay and interest due thereon.

**13.** As a further direct result of the aforesaid unlawful discriminatory employment practices engaged in by the Defendant in violation of the ADA, Plaintiff NGUYEN suffered severe emotional distress, embarrassment, humiliation, and loss of selfesteem.

## COUNT 02:
### (ADA - Retaliation)

**14. Plaintiff incorporates by reference above paragraphs of his Complaint as though fully set forth herein.**

The actions of the Defendant, through its agents, servants and employees, in retaliating against Plaintiff NGUYEN for requesting a reasonable accommodation, and for opposing unlawful disability discrimination in the workplace, constituted a violation of the ADA.

**15.** As a direct result of the aforesaid unlawful retaliatory employment practices engaged in by the Defendant in violation of the ADA, Plaintiff NGUYEN sustained permanent and irreparable harm resulting in the termination of her employment, which caused her to sustain a loss of earnings, plus the value of certain benefits, plus loss of future earning power, plus back pay, front pay, and interest due thereon.

**16.** As a further direct result of the aforesaid unlawful retaliatory employment practices engaged in by the Defendant in violation of the ADA, Plaintiff Blatt suffered severe emotional distress, embarrassment, humiliation, and loss of self-esteem.

## COUNT 03
### (Title VII- Retaliation)

**17.** Plaintiff Nguyen incorporates by reference above paragraphs as though fully set forth at length herein.

**18.** The actions of Defendant, through its agents, servants, and employees, in subjecting Plaintiff NGUYEN to retaliation for opposing unlawful discrimination in the workplace, constituted a violation of Title VII.

**19.** Defendant terminated Plaintiff NGUYEN 's employment in retaliation for

registering numerous complaints of discrimination in the workplace.
20. The reason articulated for Plaintiff NGUYEN 's Employment retaliation is pretextual, and his employment was actually in retaliation for opposing unlawful discrimination
in the workplace.
21. As a direct result of the aforesaid unlawful retaliatory practices engaged in
by the Defendant in violation of Title VII, Plaintiff NGUYEN sustained permanent and irreparable harm, resulting in the loss of his employment, which caused his to sustain a
loss of earnings, plus the value of certain benefits, plus loss of future earning power, plus
back pay, and front pay and interest due thereon.

As a further direct result of the aforesaid unlawful retaliatory employment
practices engaged in by the Defendant in violation of Title VII, Plaintiff NGUYEN suffered severe emotional distress, embarrassment, humiliation, and loss of self-esteem.

## COUNT 04
(**Race** Discrimination, Hostile Work Environment)

22. Plaintiff NGUYEN incorporates by reference above paragraphs as though
fully set forth at length herein.
23. The Defendant subjected Plaintiff NGUYEN to a hostile working environment
and RACE discrimination based on his Vietnamese Accent and background , as detailed above.
24. The hostile work environment was severe and pervasive based on the
nature of the harassment, including egregious statements made by numerous employees expressing obviously towards Plaintiff NGUYEN 's Vietnamese Race -Accent , the
constant and unwavering harassment and derogatory comments towards Plaintiff NGUYEN
based on his race , Vietnamese Accent , and Defendant's blatant denial of
Plaintiff NGUYEN 's right to be promote at higher position because of his race , Vietnamese Accent .
25. Plaintiff NGUYEN considered the aforementioned conduct to be discriminatory,
and reported said discriminatory conduct, both verbally and in writing, to numerous
management level employees of Defendant, including, but not limited to, CAP General Counsel and his staff in Maxwell AFB .

## COUNT 05
(**Age** Discrimination, Hostile Work Environment)

22. Plaintiff NGUYEN incorporates by reference above paragraphs as though
fully set forth at length herein.
23. The Defendant subjected Plaintiff NGUYEN to a hostile working environment
and AGE discrimination based on his Vietnamese Accent and background, his Age over 40 , as detailed above.
24. The hostile work environment was severe and pervasive based on the
nature of the harassment, including egregious statements made by numerous employees expressing obviously towards Plaintiff NGUYEN 's Vietnamese Age, Race -Accent , the
constant and unwavering harassment and derogatory comments towards Plaintiff NGUYEN
based on his Age, race , Vietnamese Accent , and Defendant's blatant denial of
Plaintiff NGUYEN 's right to be promote at higher position because of his age , race , Vietnamese

Accent .

25. Plaintiff NGUYEN considered the aforementioned conduct to be discriminatory, and reported said discriminatory conduct, both verbally and in writing, to numerous management level employees of Defendant, including, but not limited to, CAP General Counsel and his staff in Maxwell AFB .

## PRAYER FOR RELIEF

Plaintiff NGUYEN incorporates by reference above paragraphs of his
Complaint as though fully set forth at length herein.
WHEREFORE, Plaintiff NGUYEN requests that this Court enter judgment in her
favor and against the Defendant NOT less than $1,000,000 ( one millions dollars ) , and order that:
a. Defendant resinstate Plaintiff NGUYEN with the selected Positions before his retaliation and change of his Employments Status as a selected O 5 of CAP-USAF on the way of Employment promotion to higher postions for his giving back for our country and emoluments of employment to which he would have been entitled had he not been subjected to unlawful discrimination.
b. Defendant compensate Plaintiff NGUYEN with an award of front pay, if appropriate;
c. Defendant pay to Plaintiff NGUYEN punitive damages, compensatory damages for future pecuniary losses, pain, suffering, inconvenience, mental anguish, loss of enjoyment of life and other nonpecuniary losses as allowable;
d. Defendant pay to Plaintiff NGUYEN , pre and post judgment interest, costs of suit and attorney and expert witness fees as allowed by law;
e. The Court award such other relief as is deemed just and proper.

**Most Remedies will be donated to American Disabled Veterans-US Department of VA .**

Respectfully submitted

Plaintiff Tony Nguyen .

EEOC Form 161-B (11/16)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

To: ████Nguyen ████████████████ ████ ████████████████

From: Los Angeles District Office
255 E. Temple St. 4th Floor
Los Angeles, CA 90012

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 420-2020-02272 | Garrett D. Hoover, Intake Supervisor | (213) 894-1090 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[ ] More than 180 days have passed since the filing of this charge.

[X] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[X] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice.** Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Rosa M. Viramontes
*Digitally signed by Rosa M. Viramontes
DN: cn=Rosa M. Viramontes, o=EEOC - Los Angeles District Office, ou=District Director, email=rosa.viramontes@eeoc.gov, c=US
Date: 2020.07.10 09:12:56 -07'00'*

July 10, 2020

Enclosures(s)

Rosa M. Viramontes,
District Director

*(Date Mailed)*

cc: Rafael A. Robles
General Counsel
CIVIL AIR PATROL
105 S Hansell St., Building 714
Maxwell Afb, AL 36112



U.S. POSTAGE PAID
PME 1-Day
ANAHEIM, CA
92814
OCT 08, 20
AMOUNT
$26.35
R2305K131299-10

PRESS FIRMLY TO SEAL    PRESS FIRMLY TO SEAL

1007    36101

UNITED STATES POSTAL SERVICE®

PRIORITY MAIL EXPRESS®



PRIORITY MAIL EXPRESS®

EJ 485 927 315 US

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)    PHONE ( )
TONY NGUYEN
9902 P.O. BOX, NELLIS AFB.
LAS VEGAS, NV 89191
c/o 300 LONG BEACH #1596,
LONG BEACH, CA 90802

Bc Idea Checklist

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required
☐ 10:30 AM Delivery Required

TO: (PLEASE PRINT)    PHONE ( )
CLERK - U.S DISTRICT COURT / MIDDLE
DISTRICT OF ALABAMA.
P.O BOX 711, MONTGOMERY,
AL 36101
ZIP+4: 3 6 1 0 1

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No.    Federal Agency Acct. No. or Postal Service Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**
☒ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO
PO ZIP Code: 92814
Scheduled Delivery Date: 10-9-20
Postage: $ 26.35
Date Accepted: 10-8-20
Scheduled Delivery Time: ☐ 10:30 AM ☐ 3:00 PM ☒ 12 NOON
Insurance Fee: $
COD Fee: $
Time Accepted: 1:35 ☐ AM ☒ PM
10:30 AM Delivery Fee: $
Return Receipt Fee: $
Live Animal Transportation Fee: $
Special Handling/Fragile: $
Sunday/Holiday Premium Fee: $
Total Postage & Fees: $ 26.35
Weight: lbs / ozs   ☒ Flat Rate
Acceptance Employee Initials:

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY) Time ☐ AM ☐ PM  Employee Signature
Delivery Attempt (MM/DD/YY) Time ☐ AM ☐ PM  Employee Signature

LABEL 11-B, MARCH 2019    PSN 7690-02-000-9996

▶ PEEL FROM THIS CORNER



To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP



EP13F Oct 2018
OD: 12 1/2 x 9 1/2

PS10001000006


