IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
TONY NGUYEN, on behalf of   )
the interests of his        )
Fellow Disabled Veterans,   )
                            )
     Plaintiff,             )
                            )    CIVIL ACTION NO.
     v.                     )     2:20cv824-MHT
                            )         (WO)
CIVIL AIR PATROL, et al.,   )
                            )
     Defendants.            )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Plaintiff's objections (Doc. 38 & Doc. 39) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. 28) is adopted.

(3) Defendant Civil Air Patrol's motion to dismiss (Doc. 24) is granted.

(4) Plaintiff's claims against the remaining named defendants are dismissed without prejudice.

(5) This lawsuit is dismissed in its entirety.

(6) All other pending motions are denied as moot.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 25th day of March, 2022.

                                      /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**